No. ——. ANDERSON v. RAIMONDI. Motion for leave to file a bill of complaint under the original jurisdiction denied.

No. 15. DEBACKER v. BRAINARD, SHERIFF. Appeal from Sup. Ct. Neb. [Probable jurisdiction noted, 393 U. S. 1076.] Motion of National Council of Juvenile Court Judges for leave to file a brief as *amicus curiae* granted. *Alfred L. Scanlan* on the motion.

No. 19. FIRST NATIONAL BANK IN PLANT CITY v. DICKINSON, COMPTROLLER OF FLORIDA, ET AL.; and
No. 34. CAMP, COMPTROLLER OF THE CURRENCY v. DICKINSON, COMPTROLLER OF FLORIDA, ET AL. C. A. 5th Cir. [Certiorari granted, 393 U. S. 1079.] Motion of First National Bank of Gainesville, Georgia, et al. for leave to file a brief as *amici curiae* granted. *James A. Dunlap* on the motion.

No. 25. ZUBER ET AL. v. ALLEN ET AL.; and
No. 52. HARDIN, SECRETARY OF AGRICULTURE v. ALLEN ET AL. C. A. D. C. Cir. [Certiorari granted, 394 U. S. 958.] Motion of Lorton Blair et al. for leave to file a brief as *amici curiae* granted. Motions of respondents for additional time for oral argument and to postpone oral argument denied. Motion of State of Vermont for leave to participate in oral argument as *amicus curiae* denied, unless respondents cede to it part of their time for argument. MR. JUSTICE STEWART would grant motion of State of Vermont. THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions. *Charles Ryan* for respondents on their motions in both cases. *James M. Jefford,* Attorney General, for the State of Vermont as *amicus curiae* on the motion in both cases. *Lawrence Hollman* and *Carlyle C. Ring, Jr.,* for Zuber et al. in opposition to respondents' motions.